# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED

JAN 2 9 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                DEPUTY

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **19MJ0399**

The person charged as **David Saavedra** now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the **Central District** of **California** with: **Title 18 U.S.C § 3583   Violations of Conditions of Supervised Release**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto. I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: 1/29/2019

_____ (signature)

Tony Gunn (print)
Deputy United States Marshal

Reviewed and Approved

DATE: 1/29/19

_____ (signature)

Andrew Sherwood (print)
Assistant United States Attorney

1/28

Case 2:18-cr-00171-FMO   Document 11 *SEALED*   Filed 12/27/18   Page 1 of 3   Page ID #:245

RECEIVED
U.S. MARSHALS SERVICE
LOS ANGELES, CA

19 JAN -8  AM 12:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | CR18-00171-FMO |
| vs | |
| David Saavedra | **WARRANT FOR ARREST** |
| Defendant(s) | |

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest David Saavedra and bring him forthwith to the nearest Magistrate Judge to answer to a(n): ☐ Complaint   ☐ Indictment   ☐ Information   ☐ Order of Court   ☒ Violation Petition   ☐ Violation Notice charging him with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title  18  United States Code, Section(s)  3583(e)(3)

| Kiry K. Gray | |
|---|---|
| NAME OF ISSUING OFFICER | December 27, 2018 at Los Angeles, CA |
| Clerk of Court | DATE AND LOCATION OF ISSUANCE |
| TITLE OF ISSUING OFFICER | |
| [Signature] | By: Fernando M. Olguin, U.S. District Judge |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

G-04  (10/15)                              WARRANT FOR ARREST

Case 2:18-cr-00171-FMO Document 10 (Court only) Filed 12/27/18 Page 1 of 1 Page ID #:244

PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. David Saavedra

FILED
CLERK, U.S. DISTRICT COURT

DEC 27 2018

CENTRAL DISTRICT OF CALIFORNIA
Docket No.: CR18-00171-FMO
BY: vdr _____ DEPUTY

### Petition on Probation and Supervised Release (Bench Warrant)

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of David Saavedra who was placed on supervision by the Honorable WILLIAM Q. HAYES sitting in the Court at San Diego, California, on the 27th day of March, 2017 who fixed the period of supervision at two years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s). **Jurisdiction was transferred to the Central District of California on March 28, 2018. The original term of supervision imposed in this case on July 3, 2012, was revoked on March 27, 2017.**

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

It is alleged that the above-named supervisee has violated the terms and conditions to wit:

Having been ordered by the Court to report to the Probation Officer as directed and to follow the instructions of the Probation Officer and having been instructed by the Probation Officer on November 28, 2018, to report in person on November 29, 2018, at the U.S. Probation Office, 312 North Spring Street, Los Angeles, California 90012, David Saavedra failed to report as directed and his current whereabouts are unknown.

**PRAYING THAT THE COURT WILL ORDER** issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of David Saavedra before the United States District Court at Los Angeles, California, to show cause why the supervision order, heretofore entered, should not be revoked.

ORDER OF COURT

Considered and ordered this 27th day of Dec., 2018 and ordered filed and made a part of the records in the above case.

_Fernando M. Olguin_
United States District Judge
HONORABLE FERNANDO M. OLGUIN

I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.

Executed on December 11, 2018

S. MAHOGANY THOMAS
U.S. Probation Officer

Place: Los Angeles, California